980

No. 742, Misc. DAULBY *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 756, Misc. WHITTINGTON *v.* PRESTON ET AL. C. A. D. C. Cir. Certiorari denied.

No. 764, Misc. RIVERS *v.* SUPREME COURT OF TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 765, Misc. BALDWIN *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 768, Misc. HERRERA ET AL. *v.* WILSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 770, Misc. CANDELARIA *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 776, Misc. BLACK *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 778, Misc. MURRAY *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 783, Misc. SMITH *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 785, Misc. REIMERS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 794, Misc. ABDELKADER *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.